UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    A.L. DAMMAN COMPANY          Chapter 7
                                                      Case No. 05-90342-SWR
                                                      Honorable Steven W. Rhodes

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| LR Nelson Corp.<br>P.O. Box 95805<br>Chicago, IL 60694-5805 | 62 | $346.24 |

Dated: September 14, 2010                  /s/ Charles L. Wells, III
                                                         Chapter 7 Trustee
                                                           903 N. Opdyke, Ste. A1
                                                           Auburn Hills, MI 48326
                                                           248-276-0285
                                                           7trusteewells@sbcglobal.net